IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRYL LAMONT BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cv-911-MEF |
| | ) | |
| FEDERAL BUREAU OF PRISONS | ) | (WO- DO NOT PUBLISH) |
| and ANTHONY CHAMBERS, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Plaintiff's *Motion for Change of Venue and Transfer of Court File* (Doc. # 22, filed March 10, 2011) and Defendants' response indicating no objection to the transfer (Doc. # 24, filed April 15, 2011), it is **ORDERED** as follows:

(1) The *Motion for Change of Venue and Transfer of Court File* (Doc. # 22) is GRANTED.

(2) This case is transferred to the United States District Court for the Southern District of Mississippi pursuant to 28 U.S.C. § 1406(a).

(3) The Clerk is DIRECTED to take all necessary steps to effectuate the transfer of Plaintiff's civil action.

(4)     Any outstanding motions remain pending for resolution by the United States District Court for the Southern District of Mississippi.

DONE this the 22nd day of April, 2011.

                                        /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE